JS-6

1  TED G. DANE (State Bar No. 143195)
   Ted.Dane@mto.com
2  ANDREW W. SONG (State Bar No. 236588)
   Andrew.Song@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
6
   JASON A. RANTANEN (State Bar No. 229404)
7  Jason.Rantanen@mto.com
   MUNGER, TOLLES & OLSON LLP
8  560 Mission Street
   Twenty-Seventh Floor
9  San Francisco, CA  94105-2907
   Telephone:  (415) 512-4000
10 Facsimile:   (415) 512-4077

11 Attorneys for Plaintiff
   MEDEGEN, INC.
12

13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA
15

| 16 | MEDEGEN MMS, INC., | CASE NO.  SA CV 06-619 MRP (ANx) |
| 17 | Plaintiff, | [PROPOSED] ORDER DISMISSING CLAIMS AND COUNTERCLAIMS |
| 18 | vs. | Judge:    Mariana R. Pfaelzer |
| 19 | ICU MEDICAL, INC., | |
| 20 | Defendant. | |

        Having considered the Joint Stipulated Dismissal filed August 4, 2009,
it is hereby ordered that:
        1.    Medegen's Complaint is dismissed with prejudice.
        2.    ICU's counterclaims for declaratory judgment of invalidity and
unenforceability are dismissed without prejudice; ICU's counterclaim for
declaratory judgment of non-infringement is dismissed with prejudice.

3. Each party shall bear its own costs and attorney's fees with regard to these claims.

IT IS SO ORDERED.

Dated: August 7, 2009

The Honorable Mariana R. Pfaelzer
United States District Judge

Respectfully submitted by

Dated: August 7, 2009

MUNGER, TOLLES & OLSON LLP

By: /s/ Andrew W. Song
    Ted G. Dane
    Jason A. Rantanen
    Andrew W. Song

Counsel for Plaintiff Medegen, Inc.

Dated: August 7, 2009

MORRISON & FOERSTER

By: /s/ Kimberly N. Van Voorhis
    James Pooley
    Kimberly N. Van Voorhis
    Katherine Nolan-Stevaux

Counsel for Defendant ICU Medical, Inc.